CA 06 32 S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COWAN PLASTICS, LLC and AMERICAN ASSEMBLY, LLC :
:
:
V. : C.A. No. ___________
:
MACK MOLDING COMPANY :
:

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant, Mack Molding Company, hereby removes the above-captioned action to the United States District Court for the District of Rhode Island, and respectfully states as follows:

1. This action is removable pursuant to 28 U.S.C. §§ 1332 and 1441(a) and (b), on the ground that this Court has original diversity jurisdiction, and the amount in controversy exceeds $75,000.00.

2. On or about January 5, 2006, the defendant was served with a Summons and Complaint in the action captioned Cowan Plastics, LLC and American Assembly, LLC v. Mack Molding Company, C.A. No. 06-0075, pending in the Providence County Superior Court for the State of Rhode Island.

3. Pursuant to 28 U.S.C. § 1446(a), defendant attaches as Exhibit "A", the state court Summons, Complaint, and Order dated January 9, 2006. These documents constitute all "processes, pleadings and orders" served upon defendant in this action to date. The only pending matter is that the parties have stipulated in the Consent Order that the Plaintiffs' Request for

Preliminary Injunction shall be heard on or after February 22, 2006, once the Court schedules a hearing.

4. Upon information and belief, at the time of commencement of this action, plaintiffs Cowan Plastics, LLC ("Cowan") and American Assembly, LLC ("AA") are citizens of the State of Rhode Island which is the state of incorporation and principal place of business of Cowan and AA.

5. At the time of commencement of this action, defendant Mack Molding Company ("Mack") was a citizen of the State of Vermont which is the state of incorporation and principal place of business of Mack.

6. The Complaint alleges, inter alia, breach of contract and tortuous interference with contractual relations and demands a judgment of compensatory damages suffered and for exemplary damages, and attorneys' fees against defendant, in an amount of not less than $75,000.00.

7. This notice is being filed within 30 days after receipt by defendant of notice of this action, and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

8. This Court has original diversity jurisdiction of this action, and the action is therefore removable pursuant to 28 U.S.C. §1441.

9. Written notice of the filing of this Notice will promptly be given to plaintiffs and, together with a copy of the Notice of Removal, will be filed with the Clerk of the Providence County Superior Court for the State of Rhode Island, as provided by 28 U.S.C. § 1446(d).

10. Defendant expressly reserves any and all defenses which may be available to it in this action.

WHEREFORE, Defendant prays that this action proceed in this Court as an action properly removed thereto.

Defendant,
MACK MOLDING COMPANY
By its Attorneys,

Jeffrey S. Brenner, Esq. (#4369)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Notice of Removal to Richard W. MacAdams, Esq., MacAdams & Wieck Incorporated, 101 Dyer Street, Suite 400, Providence, RI 02903 on this 23rd day of January, 2006.

P130803