UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 06 32S

COWAN PLASTICS, LLC and AMERICAN ASSEMBLY, LLC :

V. :

MACK MOLDING COMPANY :

C.A. No. ____________

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1(a), Defendant Mack Molding Company states that it is not a publicly held corporation.

Defendant,
MACK MOLDING COMPANY
By its Attorneys,

Jeffrey S. Brenner, Esq. (#4369)
Nixon Peabody LLP
One Citizens Plaza, 5th Floor
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: January 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the within Corporate Disclosure Statement to Richard W. MacAdams, Esq., MacAdams & Wieck Incorporated, 101 Dyer Street, Suite 400, Providence, RI 02903 on this 23rd day of January, 2006.

Nancy R. Mahoney

P130807

P130807.1