UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COWAN PLASTICS, LLC, ET AL.
Plaintiffs,

v. C.A. No. 06-32S

MACK MOLDING COMPANY,

Defendant.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By: ______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 1/26/06