STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2006-0075 COWAN PLASTICS LLC V MACK MOLDING COMPANY

Filing Date: 01-05-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: INJUNCTIVE RELIEF
Status Date: 01-23-2006

| | |
|---|---|
| Plaintiff: COWAN PLASTICS LLC<br>ID: @10706665 | Attorney: RICHARD MACADAMS |
| Plaintiff: AMERICAN ASSEMBLY LLC<br>ID: @10706666 | Attorney: RICHARD MACADAMS |
| Defendant: MACK MOLDING COMPANY<br>ID: @10706669 | Attorney: JEFFREY BRENNER |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-05-2006 | COMPLAINT FILED | |
| 01-05-2006 | INITIAL FILING FEE | |
| 01-05-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP218183. |
| 01-06-2006 | TEMP RESTRAIN ORDER | NO HEARING DATE<br>Affiliated: COWAN PLASTICS LLC |
| 01-06-2006 | MOTION | NO HEARING DATE<br>Affiliated: COWAN PLASTICS LLC |
| 01-06-2006 | MOTION FOR PROTECTIVE ORDER | NO HEARING DATE<br>Affiliated: COWAN PLASTICS LLC |
| 01-09-2006 | AFFIDAVIT FILED | OF DAVID QUIGLEY |
| 01-09-2006 | AFFIDAVIT FILED | SUPPLEMENTAL OF WILLIAM DESSEL |
| 01-09-2006 | ORDER ENTERED | GRANTED<br>HURST,J<br>DON KENDALL PRESIDNET OF MACK MOLDING CO SHALL CONT. TO ABIDE BY THE TERMS OF THE CONFIDENTIALITY AGREEMENT SIGNED BY HIM ON 12-09-04<br>***SEE ORDER FOR DETAILS*** |
| 01-12-2006 | AFFIDAVIT FILED | Affiliated: COWAN PLASTICS LLC |
| 01-13-2006 | REQUEST FOR PRODUCTION FILED | Affiliated: COWAN PLASTICS LLC |
| 01-13-2006 | INTEROGATORIES FILED | Affiliated: COWAN PLASTICS LLC |
| 01-13-2006 | AFFIDAVIT FILED | |
| 01-13-2006 | ENTRY OF APPEARANCE | Affiliated: MACK MOLDING COMPANY |
| 01-23-2006 | NOTICE OF REMOVAL | |
| 01-23-2006 | CASE REMVD TO US DISTRICT CT | |
| 01-23-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island