UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COWAN PLASTICS, LLC and<br>AMERICAN ASSEMBLY, LLC,<br>Plaintiffs,<br>V.<br><br>MACK MOLDING COMPANY,<br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 06-32/ML |

STIPULATION

Now come the Plaintiffs, Cowan Plastics, LLC and American Assembly, LLC, and the Defendant, Mack Molding Company, by and through their undersigned counsel and they hereby stipulate and agree that Plaintiffs' Complaint shall be and is hereby dismissed with prejudice, without costs or interest.

Attorney for Defendant

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000

Dated: September 5, 2006

Attorney for Plaintiffs

/s/ Richard W. MacAdams
Richard W. MacAdams (#1681)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Tel: (401) 454-8700

Dated: September 5, 2006